# PIERRE PIERRE LAW, P.C.

| NEW YORK OFFICE: | FLORIDA OFFICE: |
|---|---|
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

June 21, 2023

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**Letter Motion:**
**Extension of Time Request**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/22/2023
```

**Re: Aimee D Puliga v. Comm'r of SSA   1:22-cv-09988-RWL**

Dear Honorable Judge Lehrburger:

Pursuant to the Scheduling Order in the above referenced case, Plaintiff's Brief is due on June 23, 2023. Due to an influx of CAR filings Plaintiff's counsel has incurred multiple conflicts in the briefing calendar. Plaintiff therefore writes to respectfully a sixty (60) day extension of time through and including August 22, 2023 to file her Brief, with the remaining Order to remain in effect. No previous request for an extension has been made in this case and the Defendant has given consent.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:   Victoria Treanor, Esq.   (Via ECF)
      Attorney for Defendant.

Granted.

SO ORDERED:

6/22/2023   /s/ signature

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE