# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| NEW YORK OFFICE: | FLORIDA OFFICE: |
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence | |

August 21, 2023

Honorable Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

**SECOND Letter Motion:**
**Extension of Time Request**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/2023

**Re: Aimee D Puliga v. Comm'r of SSA  1:22-cv-09988-RWL**

Dear Honorable Judge Lehrburger:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on August 22, 2023. Due to unforseen delays including illness, Plaintiff's has been unable to complete her brief. Plaintiff therefore writes to respectfully a second extension of time of 45 days through and including October 6, 2023 to file her Brief, with the remaining Order to remain in effect. The Defendant has been contacted and consents to this request.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre
Eddy Pierre Pierre, Esq.
Attorney for Plaintiff
(646) 992-8383
(718) 504-6962 fax

Cc:   Victoria Treanor, Esq.   (Via ECF)
        Attorney for Defendant.

Request granted in part. Plaintiff's moving papers shall be filed by September 21, 2023; Defendant's response and cross-motion shall be filed by November 20, 2023; and Plaintiff's reply, if any, shall be filed by December 11, 2023

SO ORDERED:
8/22/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE