# PIERRE PIERRE LAW, P.C.

| | |
|---|---|
| **NEW YORK OFFICE:** | **FLORIDA OFFICE:** |
| 211 East 43rd Street | 1451 W Cypress Creek Road |
| Suite 608 | Suite 300 |
| New York, NY 10017 | Ft. Lauderdale, FL 33309 |
| Phone: (646) 992-8383 | Phone: (954) 884-5040 |
| Fax: (718) 504-6962 | Fax: (754) 484-3121 |
| ***mail all correspondence* | |

September 21, 2023

Honorable Robert W. Lehrburger  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl St.  
New York, NY 10007

**Third Letter Motion:**  
**Extension of Time Request**

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:_____  
DATE FILED: 9/21/2023

**Re: Aimee D Puliga v. Comm'r of SSA  1:22-cv-09988-RWL**

Dear Honorable Judge Lehrburger:

Pursuant to the revised Scheduling Order in the above referenced case, Plaintiff's Brief is due on September 21, 2023. Plaintiff expected to complete her brief in accord with the Court's Order (docket #14), but counsel had staffing changes that caused delays in briefing. Plaintiff's brief is a priority and to be completed in the next week. Plaintiff therefore writes to respectfully a third and final extension of 7 days through September 28, 2023, to file her Brief. The Defendant has been contacted and consents to this request and asks for an equal extension of time, *i.e.,* with Defendant's brief due November 27, 2023.

Thank you in advance for the Court's consideration of this request.

Respectfully Submitted,

/s/Eddy Pierre Pierre  
Eddy Pierre Pierre, Esq.  
Attorney for Plaintiff  
(646) 992-8383  
(718) 504-6962 fax

Cc:   Victoria Treanor, Esq.   (Via ECF)  
       Attorney for Defendant.

Granted.

SO ORDERED:

9/21/2023

HON. ROBERT W. LEHRBURGER  
UNITED STATES MAGISTRATE JUDGE