**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

AIMEE D.P.,

                Plaintiff,              22 **CIVIL** 9988 (GRJ)

     -v-                             **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated December 22, 2023, Plaintiff's Motion for Judgment on the Pleadings (Docket No. 17) is DENIED; the Commissioner's Motion for Judgment on the Pleadings (Docket No. 20) is GRANTED; and this case is DISMISSED. Final Judgment entered in favor of the Commissioner and the case is closed.

**Dated:**  New York, New York

     December 22, 2023

                                                 **RUBY J. KRAJICK**
                                               **Clerk of Court**

                          **BY:**

                                                 **Deputy Clerk**